# ELECTRONIC RECORD

148-15

COA #14-13-00630-CR                   OFFENSE: Poss with Intent to Deliver a Controlled Substance

STYLE: Lash Adarrin Scott v The State of Texas          COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed                  TRIAL COURT: 183rd District Court

DATE: December 23, 2014   Publish: No                  TC CASE #: 1371641


## IN THE COURT OF CRIMINAL APPEALS

STYLE: Lash Adarrin Scott v The State of Texas

CCA # _____

_____PRO SE_____ Petition          CCA Disposition: __148-15__
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
_____REFUSED_____                      JUDGE: _____
DATE: ___04/29/2015___                 SIGNED: _____        PC: _____
JUDGE: ___Per Curiam___                PUBLISH: _____       DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**